FRIEDMAN STROFFE & GERARD, P.C.
Eoin L. Kreditor (SBN 151131)
   ekreditor@fsglawyers.com
Andrew R. Nelson (SBN 214895)
   anelson@fsglawyers.com
19800 MacArthur Boulevard, Suite 1100
Irvine, California 92612-2425
Telephone: 949.265.1100
Facsimile:  949.265.1199

JS-6

Attorneys for Plaintiff HYBRID PROMOTIONS, LLC

BALLON STOLL BADER & NADLER, P.C.
Brett A. Nadler (*Admitted Pro Hac Vice*)
   bnadler@ballonstoll.com
729 Seventh Avenue, 17th Floor
New York, NY 10019
Telephone:  212.575.7900
Facsimile:   212.764.5060

Attorneys for Defendants LIBERTY APPAREL COMPANY, INC.; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK & CO.; and KMART CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HYBRID PROMOTIONS, LLC,<br><br>      Plaintiff,<br>v.<br><br>LIBERTY APPAREL COMPANY, INC.; SEARS HOLDINGS MANAGEMENT CORPORATION; SEARS, ROEBUCK & CO.; and KMART CORPORATION<br><br>      Defendants. | Case No.: CV 10-3144 RGK (JCGx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL OF ACTION [FRCP 41(a)(1)]** |

1  IT IS HEREBY ORDERED, upon review of the Stipulation for Dismissal
2 filed herewith by the Parties, and upon good cause showing, that the pending
3 action is hereby dismissed, with prejudice, against SEARS HOLDINGS
4 MANAGEMENT CORPORATION; SEARS, ROEBUCK & CO.; and KMART
5 CORPORATION; and, dismissed, without prejudice, against LIBERTY
6 APPAREL COMPANY, INC.
7  IT IS SO ORDERED.

8
9 DATED: February 24, 2011       _____
10              Honorable R. Gary Klausner
               United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28